Dequan T. Payton (Co 1)
PO Box 1939    1398
Bryson City, NC 28713



Clerks office
United States District Court
309 US Courthouse Bldg
100 Otis Street
Asheville, NC 28801

**RECEIVED**
Asheville, NC

FEB 06 '025

Clerk, US District Court
Western District of NC